IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

UNITED STATES OF AMERICA,        )
                                 )
    Plaintiff,                   )
                                 )
v.                               )     No. 07-20286 JPM
                                 )
ONDRAE J. PIRTLE,                )
                                 )
    Defendant.                   )
_____

ORDER ADOPTING REPORT AND RECOMMENDATION ON
DEFENDANT'S SECOND MOTION TO SUPPRESS
_____

This cause is before the Court on the Report and Recommendation on Defendant's Second Motion to Suppress filed by the Magistrate Judge on January 2, 2008. No objections have been filed to the Report and Recommendation.

The Court, therefore, adopts the Report and Recommendation on Defendant's Second Motion to Suppress and Defendant's Motion to Suppress is DENIED.

ENTERED this 14th day of March, 2008.

                                   s/ JON PHIPPS McCALLA
                                   UNITED STATES DISTRICT JUDGE